**Order entered November 20, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01384-CV

## IN THE INTEREST OF K.V.K., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

We **GRANT** appellant's November 13, 2015 third motion for an extension of time to file a brief. Appellant shall file a brief by **DECEMBER 16, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
         JUSTICE